NETCURRENTS INFORMATION SER-
VICES, INC. (formerly known as Net-
currents, Inc.), Plaintiff–Appellant,

v.

DOW JONES & COMPANY, INC. and
Factiva, Inc., Defendants–
Appellees.

No. 2009–1019.

United States Court of Appeals,
Federal Circuit.

May 8, 2009.

Christopher J. Lee, Niro, Scavone, Haller & Niro, of Chicago, IL, argued for plaintiff-appellant. With him on the brief were Kara L. Szpondowski, and Nicholas M. Dudziak.

Richard de Bodo, Hogan & Hartson, LLP, of Los Angeles, CA, argued for defendants-appellees. With him on the brief was Rachel M. Capoccia.

Before GAJARSA, PLAGER, and LINN, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.